MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Amanda Nash

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>AMANDA NASH,<br><br>                           Defendant. | CASE NO. 1:19-CR-00099 DAD<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING; FINDINGS<br>AND ORDER<br><br>DATE: May 18, 2020<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

## STIPULATION

COMES NOW, Defendant, AMANDA NASH by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record VINCENTE TENNERELLI, hereby stipulate as follows:

      1.      By previous order, this matter was set for sentencing on March 2, 2020.

      2.      By this stipulation, defendants now move to continue the sentencing hearing to **May 18, 2020 at 10:00 a.m.** before the Honorable Dale A. Drozd. The government joins in this request.

      3.      The parties agree and stipulate, and request that the Court find the following:

      a.      Ms. Nash has certain plea agreement obligations that must be satisfied before she is sentenced

      b.      Additional time is requested to ensure that these obligations are met by Ms. Nash.

c.     The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: February 26, 2020

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
AMANDA NASH

DATED: February 26, 2020

/s/ Thomas Newman
VINCENTE TENNERELLI
Assistant United States Attorney

**O R D E R**

The sentencing hearing as to the above named defendant currently scheduled for March 2, 2020, at 10:00 a.m., is continued until MAY 18, 2020, at 10:00 a.m. in Courtroom No. 5.

IT IS SO ORDERED.

Dated:   **February 27, 2020**

_____
UNITED STATES DISTRICT JUDGE