UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

**Honorable Dale A. Drozd**  **RE:  Amanda Joy Nash**
**United States District Judge**      **Docket Number:  0972 1:19CR00099-001**
**Fresno, California**             **REQUEST FOR DISMISSAL OF**
                        **12C PETITION FOR WARRANT**

Your Honor:

On January 25, 2022, a Probation Form 12C, Petition for Warrant, was filed alleging the following violations: Charge 1) Unlawful Use of a Controlled Substance, Charge 2) Association with Prohibited Person(s), and Charge 3) Failure to Follow Instructions of the Probation Officer.  On the same date, Your Honor ordered a no bail warrant.

On January 26, 2022, Ms. Nash provided documentation to verify she tested positive for Covid. After discussing the situation with the United States Marshals Service, it was determined Ms. Nash could not be taken into custody due to her positive Covid test.  The three local contracted holding facilities were unable to provide adequate isolation due to over population.  Therefore, it is respectfully recommended the Probation Form 12C, Petition for Warrant, filed on January 25, 2022, be recalled.  When Ms. Nash completes her quarantine period and/or can present a negative Covid declaration the Probation Form 12C Petition for Warrant will be resubmitted.

| Respectfully submitted, | Reviewed by, |
|---|---|
| *(signature)* | *(signature)* |
| **Daniel Alejandro** | **Lonnie E. Stockton** |
| United States Probation Officer | Supervising United States Probation Officer |

**Dated:**  January 27, 2022
         Bakersfield, California

1

**RE:** **Amanda Joy Nash**
**Docket Number:   0972 1:19CR00099-001**
**REQUEST FOR DISMISSAL OF 12C PETITION FOR WARRANT**

Attachment(s)

cc:   Vincente Antonio Tennerelli
      Assistant United States Attorney

      unassigned
      Defense Counsel

---

## ORDER OF THE COURT

**THE COURT ORDERS:**

☒   Approved   ☐   Disapproved

IT IS SO ORDERED.

Dated:   **January 27, 2022**

_____
UNITED STATES DISTRICT JUDGE

2