MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Amanda Nash

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>AMANDA NASH,<br><br>　　　　　　　　Defendants. | CASE NO. 1:19-CR-00099-DAD-BAM<br><br>STIPULATION TO CONTINUE <u>STATUS CONFERENCE; FINDINGS AND ORDER</u><br><br>DATE: May 11, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

**STIPULATION**

　　COMES NOW, Defendant, Amanda Nash, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record, Vincente Tennerelli hereby stipulate as follows:

　　1.　　By previous order, this matter was set for status on March 2, 2022 at 2:00 p.m.

　　2.　　By this stipulation, defendants now move to continue the status conference until **May 11, 2022 at 2:00 p.m.** before the duty Magistrate Judge. The government joins in this request.

　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　a.　　Defense counsel is currently engaged in trial on the matter of People v. Omar Araujo BF162787B until April 15, 2022 and is unavailable to proceed in this matter.

1

     b.     The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: February 23, 2022

          /s/ Monica L. Bermudez
          MONICA L. BERMUDEZ
          Counsel for Defendant
          AMANDA NASH

DATED: February 23, 2022

          /s/Vincente Tennerelli
          Vincente Tennerelli
          Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: 2/28/2022      /s/ Sheila K. Oberto
                              SHEILA K. OBERTO
                              UNITED STATES MAGISTRATE JUDGE