MICHAEL W. BERDINELLA, SBN 085038
726 W. Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: attyberdinella@gmail.com

Attorney For:
AMANDA NASH

IN THE UNITED STATES DISTRIC COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>AMANDA NASH,<br>        Defendant | Case Number: 1:19-CR-00099-001<br><br>STIPULATION TO RESET NOVEMBER 16, 2022, STATUS CONFERENCE TO SEPTEMBER 29, 2022;<br>ORDER THEREON<br><br>DATE: September 29, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

**STIPULATION**

The parties do hereby Stipulate to vacate the Status Conference Hearing Date of November 16, 2022, and agree to have the matter heard before this Court on September 29, 2022 at 2:00 p.m. for an admission by the Defendant to the Petition for Violation of Supervised Release.

IT IS SO STIPULATED.

STIPULATION TO RESET NOVEMBER 16, 2022, STATUS CONFERENCE TO SEPTEMBER 29, 2022; ORDER THEREONDATE: SEPTEMBER 29, 2022TIME: 2:00 P.M.COURT: HON. ERICA P. GROSJEAN - 1

Dated:   09/27/2022                                  /s/ Michael W. Berdinella
                                                     Michael W. Berdinella
                                                     Attorney for Amanda Nash


Dated:   09/27/2022                                  /s/ Alexandre Dempsey
                                                     Alexandre Dempsey
                                                     Assistant United States Attorney


## ORDER

**IT IS SO ORDERED** that the status conference date of November 16, 2022, is hereby vacated and the Status Conference is reset for September 29, 2022, at 2:00 p.m. before this Court.

IT IS SO ORDERED.

Dated:   **September 27, 2022**                      /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION TO RESET NOVEMBER 16, 2022, STATUS CONFERENCE TO SEPTEMBER 29, 2022; ORDER THEREONDATE: SEPTEMBER 29, 2022TIME: 2:00 P.M.COURT: HON. ERICA P. GROSJEAN - 2