UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA JOY NASH,<br><br>Defendant. | No. 1:19-cr-00099-DAD<br><br>ORDER GRANTING DEFENDANT NASH'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)<br><br>(Doc. No. 74) |

On May 16, 2024, defendant Amanda Joy Nash filed a *pro se* motion to reduce her sentence and for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 74.)[1] On May 17, 2024, the undersigned referred the motion to the Office of the Federal Defender ("FDO") for possible assumption of representation. (Doc. No. 77.) On June 17, 2024, the FDO filed a supplemental brief in support of defendant's motion. (Doc. No. 78.) Therein, counsel on behalf of defendant Nash urged the undersigned to grant defendant Nash relief under § 3582(c)(1)(A) based upon the extraordinary and compelling reasons of the needs of her minor child, the short duration of her remaining sentence and the current assessment that she poses a

/////

---

[1] On March 18, 2024, defendant Nash had filed a pro se motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the U.S. Sentencing Guidelines (Doc. No. 68), but she withdrew that motion on April 29, 2024 (Doc. No. 71).

1

low risk of recidivism. (*Id.* at 8; 78-1 at 3.) On July 8, 2024, the government filed a notice of its non-opposition to the granting of defendant's motion for compassionate release. (Doc. No. 79.)

The court has determined that defendant Nash is eligible for the relief requested under § 3582(c)(1)(A). In light of the government's statement of non-opposition, the court will grant defendant Nash's motion and her current sentence will be reduced to one of credit for time served with the defendant to be released forthwith. However, in light of her history of violating the conditions of supervised release, the court will order that upon her release she be placed on supervised release on all the prior terms and conditions imposed with that term of supervised release to expire on October 4, 2024.[2]

Accordingly, for the reasons explained above,

1. Defendant Nash's motion for compassionate release brought pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 74) is granted;

2. Defendant Nash's sentence is reduced to one of credit for time served and she shall be released from custody forthwith on a term supervised release to terminate on October 4, 2024, on all the same terms and conditions previously imposed; and

3. This case shall remain closed.

IT IS SO ORDERED.

Dated: __**July 10, 2024**__   *Dale A. Drozd*
　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[2] October 4, 2024 was defendant Nash's anticipated release date on the sentence imposed on her last supervised release violation.

2